## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

Jefferson Javier Zavala Suarez,     )
     )
     Petitioner,     )
     )
     vs.     )     Case No. 3:26-cv-16
     )
David Easterwood, Field Office Director of )     **ORDER**
Enforcement and Removal Operations, St. )
Paul Field Office, Immigration and     )
Customs Enforcement, et al.,     )
     )
     Respondents.     )

Jefferson Javier Zavala Suarez petitioned for habeas relief under 28 U.S.C. § 2241 and moved for a temporary restraining order and for a preliminary injunction. Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the court conducted a preliminary review of Zavala Suarez's habeas petition.[1] Zavala Suarez's allegations are suffient to require a response. The Clerk is therefore directed to serve a copy of the petition, the motion, the supporting documents, and this order on respondents. Respondents shall respond to the petition and the motion within seven (7) days of this order. Petitioner may file a reply within five (5) days of the response.

**IT IS SO ORDERED**.

Dated this 23rd day of January, 2026.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge

---

[1] Rule 1(b) of the Rules Governing Section 2254 Petitions permits the court to apply those rules to other types of habeas petitions.