IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | | |
|---|---|---|
| Jefferson Javier Zavala Suarez, | ) | |
| | ) | **ORDER GRANTING PETITION FOR** |
| Petitioner, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:26-cv-16 |
| David Easterwood et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner Jefferson Javier Zavala Suarez petitions for a writ of habeas corpus and moves for a temporary restraining order ("TRO"). Docs. 1; 3. Petitioner also moves to expedite his motion for a TRO. Doc. 6. Respondents were ordered to respond to Petitioner's motion and petition (Doc. 5) but failed to do so.[1] Civil Local Rule 7.1(B)(5) states that an adverse party's "failure to serve and file a response to a motion may be deemed an admission that the motion is well taken." D.N.D. Civ. Local R. 7.1(B)(5). The Court deems Respondents' lack of response as an admission that the motion and petition are well taken. The Court has also independently reviewed the motion and petition and finds them meritorious.

The Court has reviewed the record, the parties' filings, and the relevant case law. Petitioner's petition for writ of habeas corpus (Doc. 1) is **GRANTED**. Petitioner's motions for TRO (Doc. 3) and to expedite (Doc. 6) are **MOOT**. Respondents are **ENJOINED** from detaining Petitioner unless he is provided with a bond hearing within seven calendar days of the filing date of this Order.

**IT IS SO ORDERED**.

---

[1] The Grand Forks County Correctional Center Sheriff is the only Respondent who responded. Doc. 11. The County Sheriff takes no position on the petition or motions. Id. at 2.

Dated this 11th day of February, 2026.

                                        */s/ Peter D. Welte*
                                        Peter D. Welte, Chief Judge
                                        United States District Court