**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | | |
|---|---|---|
| Jefferson Javier Zavala Suarez, | ) | |
| | ) | **ORDER** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:26-cv-16 |
| David Easterwood et al., | ) | |
| | ) | |
| Respondents. | ) | |

Respondents move to stay and vacate the Court's order on writ of habeas corpus and for leave to file a response to Petitioner's petition and motion. Docs. 13; 14. Petitioner filed a response in opposition to both motions. Doc. 16. Respondents replied. Doc. 18.

The Court's order addressed Petitioner's petition for writ of habeas corpus and motion for a temporary restraining order ("TRO"). Doc. 12. Respondents failed to file a response to the petition and motion despite a court order. Doc. 5. The Court, based on Civil Local Rule 7.1(B)(5), deemed Respondents' lack of response as an admission that the petition and motion were well taken. Doc. 12. The Court also independently reviewed the petition and motion and found them meritorious. Id. The Court then granted the petition and found as moot the motion for a TRO. Id.

The Court has reviewed the record, Respondents' current motions, and the relevant case law and is unpersuaded that a stay is warranted. Respondents have not made an adequate showing as to their likelihood of success on the merits or as to their irreparable injury absent a stay. The public interest also favors denying the stay, as an immigration judge independently determined Petitioner is fit for release on bond. Doc. 19-1. Respondents' motion to stay and to vacate (Doc. 13) is **DENIED**. Respondents' motion for leave to file a response (Doc. 14) is **MOOT**.

**IT IS SO ORDERED**.

Dated this 3rd day of March, 2026.

/s/  Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court